**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PEDRO EDENILSON MUNOZ | * |
| | * |
| PLAINTIFF | * |
| | * |
| v. | *   Case No.: 1:12-cv-01627-CKK |
| | * |
| BIG VALLEY, INC. | * |
| | * |
| DEFENDANT. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(ii), the parties hereby dismiss all claims alleged in this matter against Defendant, with prejudice. Such action is proper under the Federal Rules as this Stipulation is signed, by electronic means, by all attorneys of record.

The parties understand that pursuant to 29 U.S.C. § 216(c), settlement of claims under the Fair Labor Standards Act requires approval of either the Department of Labor or the Court. The parties, however, do not desire or otherwise request Court approval of their FLSA settlement. Rather, the parties request only dismissal, with prejudice.

WHEREFORE, the parties hereby notify the Court that this matter is dismissed, with prejudice.

Respectfully submitted,

   /s/  Gregg C. Greenberg
Gregg C. Greenberg Bar No. MD17291
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910
Phone: (301) 587-9373
Fax: (301) 587-9397
ggreenberg@zipinlaw.com

*Counsel for Plaintiff*

        BIG VALLEY, INC.
        By counsel

        FIRSTPOINT LAW GROUP, P.C.

        /s/ Nida Hasan_____
        Nida Hasan
        DC Bar No. 1007587
        10615 Judicial Drive
        Suite 101
        Fairfax, VA 22030
        Phone  (703) 385-6868
        Fax:    (703) 385-7009
        nida@firstpointlaw.com
        *Counsel for Defendant*